# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

ALVA E. CAMPBELL, JR.,

        Petitioner,      :      Case No. 2:15-cv-1702

  - vs -                             District Judge Walter Herbert Rice
                                    Magistrate Judge Michael R. Merz

CHARLOTTE JENKINS, Warden,
 Chillicothe Correctional Institution,

                                   :

        Respondent.

## ORDER WITHDRAWING PRIOR DECISION

This capital habeas corpus case is before the Magistrate Judge on recommittal from District Judge Rice (ECF No. 27) to require the Magistrate Judge to reconsider his Decision and Order transferring this case to the Court of Appeals (ECF No. 22).

In light of the decision in *Adams v. Bradshaw*, ___ F.3d ___, 2016 U.S. App. LEXIS 4678 (6th Cir. Mar. 15, 2016), the Decision and Order is WITHDRAWN.  Petitioner is granted leave to file a supplemental memorandum arguing the impact of Adams on the issues dealt with in the Decision and Order not later than March 29, 2016.  The Warden may respond to Petitioner's supplemental memorandum not later than fourteen days after it is filed.

March 15, 2016.

                                                        s/ *Michael R. Merz*
                                                   United States Magistrate Judge